UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-10339-DDP-JC | Date | April 2, 2025 |
|---|---|---|---|
| Title | Dejuan McNortan v. Moran, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**            (IN CHAMBERS)

> **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH SCHEDULING ORDER AND TO FILE STATUS REPORT**

On January 10, 2025, this Court issued a Case Management and Scheduling Order ("Case Management Order") which directed each party to, among other things, file and serve a status report no later than March 18, 2025. See Case Management Order, ¶ 10. Although the Defendants who have appeared in this action timely filed such a status report, Plaintiff did not do so. To date, Plaintiff has failed to file a status report or to seek an extension of time to do so.

IT IS ORDERED that the Plaintiff shall show cause in writing, on or before **April 22, 2025**, as to why monetary sanctions or other disciplinary measures as deemed appropriate, including dismissal of the case for failure to prosecute should not be imposed for failure to file a timely status report as called for by the Case Management Order.

**Plaintiff is cautioned that the failure to comply with this Order and/or to show good cause, may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute and or for failure to comply with the Court's Orders.**

IT IS SO ORDERED.